429 A.2d 87

Fulmer et vir, Appellant v. Brown Machine, etc., et al.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.

Argued June 9, 1980. Richard J. Marusak, for appellants; Donald H. Lipson for Brown Machine Division, appellee and James P. Harris, for Fabri-Kal Corporation, appellee.

Before BROSKY, WATKINS, and CIRILLO, JJ.*

The order of the lower court is hereby affirmed.